Robert L. Shevin, Atty. Gen., Tallahassee, Fla., Nelson F. Bailey, Asst. Atty. Gen., West Palm Beach, Fla., for respondent-appellee.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

Appellant's contention that his *Miranda* warnings were insufficient is completely without merit, and his petition for habeas corpus was appropriately dismissed without an evidentiary hearing.

Affirmed.

PER CURIAM:

The Board's Decision and Order, adopting the principal factual determinations of its Hearing Examiner is reported at 189 NLRB No. 81.

This is a close case, but, having considered the record as a whole, we have concluded that the evidence, with its inferences, supplied an adequate basis for the Board's determinations. Accordingly, the Board's Application for the enforcement of its Order is.

Granted.

■

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL #1913, Respondent.**

No. 71-2265.

United States Court of Appeals, Ninth Circuit.

Sept. 20, 1972.

William R. Stewart, Abigail Cooley Baskir, Attys., Marcel Mallet-Prevost, Asst. Gen. Counsel, Peter G. Nash, Gen. Counsel, NLRB, Washington, D. C., Abraham Siegel, Director, Region 21, NLRB, Los Angeles, Cal., for petitioner.

Leo Geffner (argued), Michael P. Posner, of Geffner & Saltzman, Los Angeles, Cal., for respondent.

Before ELY and CHOY, Circuit Judges, and KELLEHER, District Judge.*

* Honorable Robert J. Kelleher, United States District Judge, Los Angeles, California, sitting by designation.

■

**Complaint of UNTERWESER REEDEREI, GMBH.**

**ZAPATA OFF-SHORE COMPANY, Plaintiff-Appellee,**

v.

**M/S BREMEN and Unterweser Reederei, GMBH, Defendants-Appellants.**

No. 27497.

United States Court of Appeals, Fifth Circuit.

Aug. 15, 1972.

Before JOHN R. BROWN, Chief Judge, and WISDOM, GEWIN, BELL,* THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, INGRAHAM and RONEY, Circuit Judges.

BY THE COURT:

In accordance with the opinion and judgment of the Supreme Court of the United States in this cause, 407 U.S. 1,

* Judge Bell did not participate in the consideration or decision of this case.